IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DONALD WELLS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| EQUIFAX INFORMATION SERVICES LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

COMES NOW, Defendant Equifax Information Services LLC ("Equifax"), by counsel and hereby files this Notice of Removal of this action from the Circuit Court For Jackson County, State of Alabama, wherein it is now pending as Case No. CV-07-86, to the United States District Court for the Northern District of Alabama, Northeastern Division. This Notice of Removal is filed pursuant to 28 U.S.C. § 1441 and 1446. In support hereof, Defendant show this Court as follows:

1. An action was filed on April 4, 2007 in the Circuit Court For Jackson County, State of Alabama, entitled *Donald Wells v. Equifax Information Services LLC*, Civil Action No. CV-07-86 (the "State Court Action").

2. Equifax were served with the Complaint on April 9, 2007.

3. This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the

United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Counts One and Two of Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to the plaintiff and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

This 23rd day of April, 2007.

                Respectfully submitted,
                EQUIFAX INFORMATION SERVICES LLC

                _____
                Douglas H. Bryant
                **Miller, Hamilton, Snider & Odom, L.L.C.,**
                Financial Center
                505 20th Street North
                Suite 500
                Birmingham, Alabama 35203
                Phone (205) 226-5200
                Facsimile (205) 226-5226
                Direct Line (205) 226-5242

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF REMOVAL by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

Will Parks, P.C.
Will J. Parks III
Northside Courthouse Square
Scottsboro, Alabama 35768

By: _____
Attorney for Defendant Equifax Information Services LLC

ATLLIB01 2078799.1

# EXHIBIT A

# IN THE CIRCUIT COURT FOR JACKSON COUNTY, ALABAMA

DONALD WELLS,

    Plaintiff,

v.

                                        CV-07-86

EQUIFAX INFORMATION SERVICES, LLC

    Defendant.

## COMPLAINT

Plaintiff, Donald Wells, for his complaint against the defendant, states as follows:

### Parties

1. Plaintiff, Donald Wells, is over the age of nineteen years and a resident of Jackson County, Alabama.

2. Defendant Equifax Information Services, LLC ("Equifax"), is one of the "big three" credit reporting bureaus, and, on information and belief, is a foreign business entity with its principal place of business in a foreign state.

### Facts

3. The defendant prepared and maintained a consumer credit report pertaining to the plaintiff.

4. For some period of time, the defendant has reported untrue and inaccurate information pertaining to the plaintiff.

5. The plaintiff demanded retraction of the untrue information and reinvestigation of the disputed information.

## COUNT ONE:

### Failure to Follow Reasonable Procedures to Assure

### Maximum Possible Accuracy

6. The defendant violated 15 USC §1681(e) in that it failed to institute and/or follow procedures to assure maximum possible accuracy of the plaintiff's credit report.

7. The violations, whether negligent or willful, entitle the plaintiff to actual and/or statutory damages, punitive damages if the violation was willful, and the costs of this action, including attorneys' fees as mandated by the statute.

## COUNT TWO

### Failure to Reinvestigate

8. The plaintiff exercised his right to request that a disputed item on his credit report be reinvestigated.

9. Under 15 USC §1681(i)(a), the consumer reporting agency was required to reinvestigate the disputed item.

10. The law imposes on the defendant a duty to put forth a good faith effort to determine the accuracy of the disputed item.

11. In contravention of this statutory duty, the defendant negligently or wilfully failed to reinvestigate, altogether refused to reinvestigate, or failed to investigate in good faith.

12. By failing to do so, the defendant violated the Fair Credit Reporting Act, and is liable to the plaintiff for actual and/or statutory damages, punitive damages if the violation was willful, and the costs of this action, including attorneys' fees as mandated by the statute.

## DAMAGES

13. The plaintiff has been damaged by inaccurate credit reporting and by the defendant's failure to reinvestigate and correct his credit report.

14. Plaintiff has been denied credit that was essential to purchase a neighboring property and expand his existing business.

15. The neighboring property sold and this opportunity was lost. Conditions of the plaintiff's business, chicken farming, render other properties unsuitable and unrealistic. There are no replacement properties or comparable properties.

16. For damages, the plaintiff seeks actual damages, including lost profits and business growth, stemming from the lost business opportunity, statutory damages, punitive damages for willful violations of the Act, the costs of this action, and attorney's fees as provided in the Act.

WILL J. PARKS, III    PAR091
ATTORNEY FOR THE PLAINTIFF
DONALD WELLS

Will Parks, P.C.
Northside Courthouse Square
107 East Laurel Street
Scottsboro, Alabama 35768
256-574-1162
256-574-1167 (Facsimile)
wparks@scottsborolawyer.com

**SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:**

Equifax Information Services, LLC
c/o CSC LAWYERS INCORPORATING SVC INC
150 S. Perry Street
Montgomery, AL 36104

3

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2 0 0 7 - 86<br>Date of Filing: 04 04 2007<br>Judge Code: JHC |
|---|---|---|

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ JACKSON _____, ALABAMA
(Name of County)

DONALD WELLS  v.  EQUIFAX INFORMATION SERVICES, LLC

**Plaintiff**
First Plaintiff:  ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**Defendant**
First Defendant:  ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right of Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO  Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P. for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** P A R 0 9 1     Date: 4/4/07     Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

IN THE CIRCUIT COURT FOR JACKSON COUNTY, ALABAMA

DONALD WELLS,

    Plaintiff,

v.

                                              CV-07-86

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

## SUMMONS

**NOTICE TO:**    Equifax Information Services, LLC
c/o CSC Lawyers Incorporating Svc Inc
150 S. Perry Street
Montgomery, AL 36104

    The Complaint which is attached to this Summons is important, and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written answer, either admitting or denying each allegation in the Complaint to the Plaintiff's attorney, **Will J. Parks, III, 107 East Laurel Street, Scottsboro, Alabama 35768 (256/574-1162)**. This answer must be mailed or delivered within thirty (30) days after this Summons and Complaint were delivered to you, or a judgment by default may be entered against you for the money or other things demanded in the Complaint. You must also file the original of your answer with the Clerk of this Court.

    THIS SERVICE BY CERTIFIED MAIL of this Summons is initiated upon the written request of attorney for Plaintiff pursuant to the Alabama Rules of Civil Procedure.

                                              *Ken Ferrell*      4/5/07
                                                Clerk                            Date

## RETURN OF SERVICE

    Certified Mail return receipt received on _____ day of _____, 2007.
(Return receipt attached hereto)

## IN THE CIRCUIT COURT FOR JACKSON COUNTY, ALABAMA



DONALD WELLS,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

CV-07-86-

### REQUEST FOR SERVICE BY CERTIFIED MAIL

The Plaintiff, Donald Wells, hereby requests service on the Defendant, Equifax Information Services, LLC by certified mail.

WILL J. PARKS, III    PAR091
ATTORNEY FOR THE PLAINTIFF,
DONALD WELLS

Will Parks, P.C.
Northside Courthouse Square
107 East Laurel Street
Scottsboro, Alabama 35768
256-574-1162
256-574-1167 (Facsimile)
wparks@scottsborolawyer.com

**SERVE WITH SUMMONS AND COMPLAINT**