FILED
 2008 Mar-25  AM 08:02
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **DONALD WELLS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Civil Action No.  CV-07-S-739-NE |
| | ) | |
| **EQUIFAX INFORMATION SERVICES, L.L.C.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL

Counsel for plaintiff having notified the court that all claims embraced herein have been resolved, it is ORDERED that all claims be DISMISSED with prejudice, but upon this condition:  if plaintiff does not receive the full proceeds of settlement within a reasonable period of time, not to exceed 45 days from this date, he may petition the court to reinstate this action , and such reinstatement shall relate back to the original date of filing.  The clerk is directed to close this file.  Costs are taxed as paid.

DONE this 25th day of March, 2008.

_____
United States District Judge